**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| ARDESSA FLOYD, *individually and as representative of a class, et al.*, | : | |
| Plaintiffs, | : | CASE NO.: 1:10-CV-164 (WLS) |
| v. | : | |
| CITY OF ALBANY, *et al.*, | : | |
| Defendants. | : | |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

COME NOW the parties to the above-styled action and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal without prejudice of the above-styled action. The parties will bear their own costs and attorney's fees.

Respectfully submitted this the 29th day of February 2012.

**MARGESON, FLYNN & ASSOCIATES**

**s/Robert M. Margeson, III**
Robert M. Margeson, III
Georgia Bar No. 470500
317 West Tift Avenue
Albany, Georgia 31701
Tel: (229) 883-5350
Fax: (229) 883-5391
robert@margesonlaw.com

*Attorneys for Plaintiffs*

**FLYNN PEELER & PHILLIPS, LLC**

**s/ Patrick S. Flynn**
Patrick S. Flynn
State Bar No. 004765
Charles E. Peeler
Georgia State Bar No. 570399
517 W. Broad Avenue
Post Office Box 7
Albany, Georgia 31701 (31702)
Tel: (229) 446-4886
Fax: (229) 446-4884
pflynn@fpplaw.com
cpeeler@fpplaw.com

*Attorneys for Plaintiffs*

**s/C. Nathan Davis**
C. Nathan Davis
City Attorney
Jenise S. Smith
Assistant City Attorney
City of Albany
201 W. Oglethorpe Blvd.,
Ste 355-A
P. O. Box 447
Albany, Georgia 31701

*Attorneys for Defendant City of Albany and Its Commissioners*

**s/B. Samuel Engram, Jr.**
B. Samuel Engram, Jr.
B. Samuel Engram, Jr., P.C.
415 Pine Avenue, Suite 102
P. O. Box 1578
Albany, Georgia 31702-1578

*Attorneys for Water, Gas, and Light Commission of the City of Albany and Its Commissioners*

**s/Jonathan E. Wells**
Jonathan E. Wells
Peter M. Degnan
Sarah T. Babcock
Alston & Bird, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

*Attorneys for Municipal Electric Authority of Georgia*